

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00391-CV

| | | |
|---|---|---|
| Jim B. Estes | § | From the 89th District Court |
| v. | § | of Wichita County (186,966-C) |
| Kendall T. Richerson, David R. West, Angela N. Davis, Lisa James, Sue E. Pearson, and John Doe Floor Officer | § | August 16, 2018 |
| | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to specify that the dismissal is without prejudice as to Estes's claim of deliberate indifference. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
Justice Mark T. Pittman